Submitted September 2, reversed November 9, 2016

In the Matter of R. R. P.,
a Person Alleged to have a Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## R. R. P.,
*Appellant.*

Marion County Circuit Court
15CC07416; A161319

383 P3d 987

Eric J. Deitrick and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Karla H. Ferrall, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

**PER CURIAM**

Appellant seeks reversal of an order committing her to the Oregon Health Authority for a period not to exceed 180 days. ORS 426.130(1)(a)(C). She contends that, contrary to the trial court's ruling, the state failed to prove by clear and convincing evidence that, because of a mental disorder, she is a danger to herself. The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the order should be reversed. We agree, accept the state's concession, and reverse the commitment order.

Reversed.